■ MARIE SMITH, as Administratrix of the Estate of PAUL L. SMITH, Deceased, Respondent, v DELTA D & I CORP. et al., Appellants. (Action No. 1.) DELTA D & I CORP., Appellant, v MARIE SMITH, as Administratrix of the Estate of PAUL L. SMITH, Deceased, Respondent. (Action No. 2.)—Appeals (1) from an order of the Supreme Court at Special Term, entered March 21, 1979 in Albany County, which granted plaintiff's motion for summary judgment in Action No. 1, and dismissed plaintiff's complaint in Action No.

2, and (2) from the judgment entered thereon. Order and judgment affirmed, with costs, on the opinion of Mr. Justice Hughes at Special Term. Mahoney, P. J., Sweeney, Kane, Staley, Jr., and Herlihy, JJ., concur.